AO 442 (Rev. 01/09) Arrest Warrant

9859 158

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>JARED SMITH<br><br>*Defendant* | ) Case: 1:22-cr-00083<br>) Assigned to: Judge Kollar-Kotelly, Colleen<br>) Assign Date: 8/4/2022<br>) Description: SUPERSEDING INDICTMENT (B)<br>) Related Case No: 22-cr-00083 (CKK) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JARED SMITH

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(a)(1) and (b)(1)(B)(vii) - (Conspiracy to Distribute and Possess with Intent to Distribute Over 100 Kilograms of Marijuana
18 U.S.C. § 924(c)(1)(A)(i) - (Using, Carrying, and Possessing a Firearm During and in Relation to, and in Furtherance of, a Drug Trafficking Offense)

Date: 08/04/2022

*Robin M. Meriweather*

*Issuing officer's signature*

City and state:  Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

---

### Return

This warrant was received on *(date)* 4 AUG 22, and the person was arrested on *(date)* 8/22/2022
at *(city and state)* Washington, DC

Date: 8/23/2022

*Arresting officer's signature*

ALEX A. CRIGER Jr, DUSM

*Printed name and title*